IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mansfield, Tressie R

Printed: 1/29/08

Case Number: 07 B 13569
Judge: Squires, John H
Filed: 7/29/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 19, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 2. | Lighthouse Financial Group | Secured | 1,100.00 | 0.00 |
| 3. | Illinois Dept of Revenue | Priority | 525.92 | 0.00 |
| 4. | Internal Revenue Service | Priority | 179,309.06 | 0.00 |
| 5. | Lighthouse Financial Group | Unsecured | 275.86 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 153.98 | 0.00 |
| 7. | ER Solutions | Unsecured | 88.40 | 0.00 |
| 8. | Nicor Gas | Unsecured | 457.17 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 15.78 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 1,278.00 | 0.00 |
| 11. | Illinois Dept Of Human Service | Unsecured | 4,153.40 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 2,494.44 | 0.00 |
| 13. | AMB Anesthesiologist Of Chicago | Unsecured |  | No Claim Filed |
| 14. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 15. | Hopkins & Associates | Unsecured |  | No Claim Filed |
| 16. | Black Expressions | Unsecured |  | No Claim Filed |
| 17. | Tirumalasetty , Priya | Unsecured |  | No Claim Filed |
| 18. | Dr James Hogg | Unsecured |  | No Claim Filed |
| 19. | Bargamian, Kevin M | Unsecured |  | No Claim Filed |
| 20. | First Cash Advance | Unsecured |  | No Claim Filed |
| 21. | Illinois State Tollway | Unsecured |  | No Claim Filed |
| 22. | Northwestern Memorial Hospital | Unsecured |  | No Claim Filed |
| 23. | Womens Health Consulting Il | Unsecured |  | No Claim Filed |
| 24. | WOW Cable | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Mansfield, Tressie R | Case Number: 07 B 13569 |
| | Judge: Squires, John H |
| Printed: 1/29/08 | Filed: 7/29/07 |

$ 189,852.01                    $ 0.00

### TRUSTEE FEE DETAIL

Fee Rate                    Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_____